JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:21-cv-00951-RGK-SK | Date | February 16, 2021 |
|---|---|---|---|
| Title | *PAULINA CRUZ v. QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC.* | | |

Present: The Honorable   R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Sharon L. Williams (not present) | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:                    Attorneys Present for Defendants:

Not Present                                          Not Present

**Proceedings:**   **(IN CHAMBERS) Order Remanding to State Court**

On February 5, 2021, the Court issued an order remanding this action to state court, on the ground that Defendants' Notice of Removal was untimely. In its Order, the Court stayed the remand to allow Plaintiff time to waive the procedural defect. Plaintiff has not filed any such waiver. Therefore, pursuant to the Court's February 5, 2021 Order, the Court hereby remands the action in its entirety to state court.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer

_____